ROBERT HICKS (EMPLOYEE) v. NORTH CAROLINA GRANITE CORPORATION, SELF-INSURER (EMPLOYER).

(Filed 12 December, 1956.)

**Master and Servant § 40f—**

Where the evidence supports the findings of the Industrial Commission that claimant had not been injuriously exposed to the inhalation of silica dust for as much as two years in the ten years prior to the last exposure, the denial of his claim for compensation must be affirmed. G.S. 97-63.

JOHNSON, J., not sitting.

APPEAL by plaintiff from *Olive, J.,* June Civil Term, 1956, of SURRY.

Claim for compensation for disability due to the occupational disease of silicosis.

The Industrial Commission found the facts as follows: "That the plaintiff was employed by the defendant and exposed to the hazards of silicosis for many years prior to 31 July 1939; that he was not so exposed from August 1939 to 5 May 1950; and that he was again so exposed for thirty-seven days, or parts thereof, during the period 5 May 1950 to 26 June 1950. The plaintiff was, thus, last injuriously exposed to the inhalation of dust of silica in 1950. See G.S. 97-57. And the plaintiff was, therefore, not exposed to the inhalation of dust of silica for a period of at least two years in the ten years prior to the last exposure. His claim for compensation must, therefore, be denied because of the provisions of G.S. 97-63."

On appeal to the Superior Court, the findings and conclusions of the Industrial Commission were affirmed, and plaintiff appealed to this Court.

*J. H. Blalock for plaintiff, appellant.*

*Folger & Folger for defendant, appellee.*

PER CURIAM. The findings of the Industrial Commission were supported by the evidence. In accord with the provisions of the statute, G.S. 97-63, and the decision of this Court in *Midkiff v. Granite Corp.,* 235 N.C. 149, 69 S.E. 2d 166, the judgment of the Superior Court is

Affirmed.

JOHNSON, J., not sitting.